UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JOHN DOE,

           Plaintiff,

v.

NEW YORK UNIVERSITY,

           Defendant.

---

Civil Action No.:

**NOTICE OF MOTION**

PLEASE TAKE NOTICE, upon the accompanying Memorandum of Law, Plaintiff John Doe will move this Court, at a date and time set forth by the Court, for an Order granting Plaintiff, leave to proceed in this action under a pseudonym.

Dated: New York, New York
      February 14, 2020

                                     WARSHAW BURSTEIN, LLP
                                     *Attorneys for Plaintiff*

                                     By: _____
                                              Kimberly C. Lau
                                              James E. Figliozzi
                                     575 Lexington Avenue
                                     New York, New York 10022
                                     (212) 984-7700
                                     klau@wbny.com
                                     jfigliozzi@wbny.com

{1206383.1 }