USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/21/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

JOHN DOE,

                Plaintiff,

-against-               1:20-cv-01343-GHW

NEW YORK UNIVERSITY,           Order

                Defendant.

-------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

    On February 14, 2020, Plaintiff filed a motion for an order granting Plaintiff leave to proceed in this action under a pseudonym. Dkt. No. 4. If Defendant intends to oppose this motion, Defendant is directed to file its opposition by the earlier of May 1, 2020 or two weeks after the date on which Defendant is served or appears in this action. Plaintiff is directed to serve a copy of this order on Defendant and to retain proof of service.

    SO ORDERED.

Dated: February 21, 2020
New York, New York

                                                    GREGORY H. WOODS
                                               United States District Judge