# AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT / SOUTHERN DISTRICT OF NEW YORK

Civil Action No. 1:20-cv-01343

JOHN DOE,

                      *Plaintiff,*

-against-

NEW YORK UNIVERSITY,

                      *Defendant.*

---

*State Of New York, County of New York SS:*
**DOMINIK PRZYBYLO**
Being duly sworn, deposes and says that he is over eighteen years of age, is not a party to this action, and resides in the State of New York.

That on the **21st** day of **FEBRUARY 2020** at: **4:25 PM**

At: **70 WASHINGTON SQUARE SOUTH, NEW YORK, NEW YORK 10012**

Deponent served the: **SUMMONS IN A CIVIL ACTION, COMPLAINT, NOTICE OF MOTION, MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFF JOHN DOE'S MOTION FOR LEAVE TO PROCEED UNDER A PSEUDONYM, ORDER, CIVIL COVER SHEET**

Upon:   **NEW YORK UNIVERSITY**

       **PERSONAL SERVICE ON A CORPORATION**
       A corporation, by delivering thereat a true copy to **ANKITA CHAUDHARY (ADMINISTRATOR, LEGAL OPERATIONS, OFFICE OF GENERAL COUNSEL)** personally; who stated, that she is the said individual *Authorized to Accept Service* on behalf of **NEW YORK UNIVERSITY**

       **DESCRIPTION** – Deponent describes the individual served as follows:
       Sex: **FEMALE** Color: **BROWN** Hair: **BLACK** App. Age: **35** App. Ht. **5'6"** App. Wt. **120 lbs.**
       Other identifying features:

Subscribed and sworn to before
me this **24th** day of **FEBRUARY 2020**

*[signature]*
**JOLANTYNA CAGNEY**
NOTARY PUBLIC, State of New York
No. 01CA6111489
Qualified in New York County 2020
Commission Expires June 14, 2016

*[signature]*
**DOMINIK PRZYBYLO #206-9153**

CLASSIC LEGAL SUPPORT # 2022186-DCA
475 PARK AVE SOUTH, 23rd FLOOR
NEW YORK, NEW YORK 10016
TEL. (212) 889-3200