

Pillsbury Winthrop Shaw Pittman LLP
31 West 52nd Street | New York, NY 10019-6131 | tel 212.858.1000 | fax 212.858.1500

Jeffrey P. Metzler
tel: +1.212.858.1153
jeffrey.metzler@pillsburylaw.com

March 13, 2020

**VIA ECF**

Honorable Gregory H. Woods
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 2260
New York, NY 10007

      Re:   *John Doe v. New York University*; No. 20-cv-01343 (GHW)
              <u>Opposition to Motion for Leave to Proceed under a Pseudonym</u>

Dear Judge Woods:

This firm represents Defendant New York University ("NYU") in the above-referenced action. On March 4, 2020, NYU requested an extension of time to review and respond to (1) Plaintiff's Motion for Leave to Proceed under a Pseudonym (the "Motion") and (2) the Complaint. The Court granted this request on March 5, 2020 ("March 5 Order").

After reviewing the Motion and underlying circumstances, NYU has decided not to oppose the Motion. In accordance with the March 5 Order, NYU will respond to the Complaint by April 10, 2020.

Respectfully,

Jeffrey Metzler

cc:   Kimberly C. Lau (via CM/ECF)
       James Figliozzi