UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X

JOHN DOE,

                Plaintiff,

vs.

NEW YORK UNIVERSITY,

                Defendant.

-------------------------------------------------------------- X

Civil Action No: 1:20-cv-01343 (GHW)

**PROPOSED ORDER**

      On May 1, 2020, Plaintiff's Motion to Proceed under Pseudonym was granted (Dkt. No. 19) (the "Pseudonym Order"). To effectuate the Pseudonym Order, it is further determined that:

1. The parties shall redact from all public filings the names and likenesses of:

    a. Plaintiff;
    b. the complainant in the disciplinary proceeding (Jane Roe);
    c. the witnesses and other New York University students involved in the disciplinary proceeding brought against Plaintiff; and
    d. all other information, the disclosure of which could reveal the identity of Plaintiff or Jane Roe.

2. The parties must file unredacted versions of all redacted papers under seal through the Case Management/Electronic Case Files system ("CM/ECF");

3. All files that reveal the names and/or likenesses of the individuals referenced in (1)(a)-(d) above but cannot be redacted, such as audio and video files, must be filed under seal by submitting a compact disc to the Courtroom Deputy, or as otherwise directed by Chambers.

4. This Order grants the parties permission to file sealed or redacted versions of only the materials described above without seeking further permission from this Court. All other materials shall be subject to the procedures set forth in the Rule 4.A. of the Individual Rules of Practice in Civil Cases of the Honorable Gregory H. Woods.

      DATED:

                                                           UNITED STATES DISTRICT JUDGE