

| | |
|---|---|
| Warshaw Burstein, LLP | Kimberly C. Lau |
| 575 Lexington Avenue | Counsel |
| New York, NY 10022 | (212) 984-7709 |
| (212) 984-7700 | klau@wbny.com |

April 23, 2021

Honorable Gregory H. Woods
United States District Court
Southern District of New York
500 Pearl Street, Room 2260
New York, New York 10007

Re: *Doe v. New York University*, 1:20-cv-01343-GHW

Dear Judge Woods:

    We represent Plaintiff John Doe in the referenced matter and write with Defendant's consent to request an adjournment of the Initial Conference currently scheduled for May 21, 2021. Counsel for Plaintiff is unavailable on May 21, 2021 due to a previously scheduled vacation. The parties are available on June 11, 2021, June 14, 2021, and June 15, 2021 for an Initial Conference. This is the first request for an adjournment of the Initial Conference.

    Your Honor's attention to this matter is greatly appreciated.

Respectfully submitted,

Kimberly C. Lau

cc: Jeffrey P. Metzler