AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| John Doe | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:20-cv-01343-GHW |
| New York University | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

New York University                                            .

Date:   06/16/2021

/s/ Melissa S. Pettit
*Attorney's signature*

Melissa S. Pettit (5691076)
*Printed name and bar number*
Pillsbury Winthrop Shaw Pittman LLP
31 West 52nd Street
New York, NY 10019-6131

*Address*

melissa.pettit@pillsburylaw.com
*E-mail address*

(212) 858-1000
*Telephone number*

(212) 858-1500
*FAX number*