

Pillsbury Winthrop Shaw Pittman LLP
31 West 52nd Street | New York, NY 10019-6131 | tel 212.858.1000 | fax 212.858.1500

Jeffrey P. Metzler
tel: +1.212.858.1153
jeffrey.metzler@pillsburylaw.com

September 3, 2021

Via ECF

Hon. Gregory H. Woods
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
Pearl Street, Room 2260 New York, NY 10007

Re: *John Doe v. New York University* (1:20-cv-01343[GHW]) – Standing Protective Order and FERPA Stipulation

Dear Judge Woods:

This firm represents Defendant New York University ("NYU") in the above-referenced action and submits this letter jointly with counsel for Plaintiff John Doe ("Plaintiff") pursuant to your Honor's Individual Rules of Practice to request that your Honor enter the Stipulated Confidentiality Agreement and Protective Order (the "Protective Order") and the Stipulation and Order Governing the Production and Use of Education Records (the "FERPA Stipulation").

NYU and Plaintiff request that the Court enter the Protective Order and FERPA Stipulation given the sensitive nature of the documents and student records to be exchanged and used in connection with this litigation. The Protective Order is consistent with the Court's form protective order as updated on September 13, 2017. Further, this action will involve students' education records ("Confidential Student Records") that are subject to the Family Educational Rights and Privacy Act, 20 U.S.C. § 1232g, and its implementing regulations, 34 C.F.R. § 99.1 et seq. As such, the parties request that the Court enter the FERPA stipulation in order to allow NYU, or its representatives, to disclose Confidential Student Records to Plaintiff.

The parties have met and conferred, and request that the Court enter the Protective Order and the FERPA Stipulation pursuant to the Court's inherent authority to regulate the litigation pending before the Court.

Hon. Gregory H. Woods
September 3, 2021
Page 2

                                        Respectfully submitted,

                                        /s/ Jeffrey P. Metzler

                                        Jeffrey P. Metzler
                                        Special Counsel