AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| John Doe | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:20-cv-01343-GHW |
| New York University | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant New York University.

Date:  09/17/2021

/s/ Max A. Winograd
*Attorney's signature*

Max A. Winograd
*Printed name and bar number*

Pillsbury Winthrop Shaw Pittman, LLP
31 West 52nd Street
New York, New York 10019

*Address*

max.winograd@pillsburylaw.com
*E-mail address*

(212) 858-1246
*Telephone number*

*FAX number*