

Pillsbury Winthrop Shaw Pittman LLP
31 West 52nd Street | New York, NY 10019-6131 | tel 212.858.1000 | fax 212.858.1500

Jeffrey P. Metzler<br>
tel: +1.212.858.1153<br>
jeffrey.metzler@pillsburylaw.com

April 21, 2022

**VIA ECF**

Honorable Gregory H. Woods
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 2260
New York, NY 10007

      Re**:**   *John Doe v. New York University*; **No. 20-cv-01343 (GHW)**

Dear Judge Woods:

    Pursuant to your Honor's Individual Rules of Practice, Defendant New York University ("NYU") hereby submits this letter to request approval to adjourn the status conference currently scheduled for May 18, 2022 ("the Conference"). (*See* ECF No. 59). Undersigned counsel will be participating in a trial on that same day and will be unable to attend the Conference; accordingly, NYU requests that the Conference be adjourned until the week of Monday, May 23, 2022.

    In addition, NYU intends to request a pre-motion conference relating to a motion for summary judgment in accordance with the Case Management Plan and Your Honor's Individual Rule 2(C) and proposes that the Conference could also serve as the summary judgment pre-motion conference. Accordingly, if NYU's request for an adjournment of the Conference is granted, NYU requests that the current deadline for summary judgment of June 1, 2022, be adjourned until two weeks after the Conference, consistent with the current schedule. Counsel for Plaintiff does not object to this request.

www.pillsburylaw.com

Honorable Gregory H. Woods
April 21, 2022
Page 2

Respectfully submitted,

*/s/ Jeffrey P. Metzler*
Jeffrey P. Metzler

*Counsel for Defendant*


cc: All counsel of record