

Pillsbury Winthrop Shaw Pittman LLP
31 West 52nd Street | New York, NY 10019-6131 | tel 212.858.1000 | fax 212.858.1500

Jeffrey P. Metzler
tel: +1.212.858.1153
jeffrey.metzler@pillsburylaw.com

May 16, 2022

**VIA ECF**

Honorable Gregory H. Woods
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 2260
New York, NY 10007

    Re**:**   *John Doe v. New York University*; No. 20-cv-01343 (GHW)

Dear Judge Woods:

    Pursuant to the Case Management Plan (ECF Nos. 50, 59) in the above-captioned action, Plaintiff John Doe and Defendant New York University ("NYU") submit a joint letter ahead of the status conference scheduled for May 23, 2022.

1. NYU's request for a pre-motion conference ahead of its proposed motions for summary judgment as to all causes of action and its motion to exclude the expert testimony of Steven Shedlin was granted. (ECF No. 77). NYU's motions, if made, are due June 1, 2022. (ECF No. 59, *see also* Your Honor's Individual Rules of Practice in Civil Cases, 3.F). Similarly, Plaintiff's motion to limit the expert testimony of Dr. Stephanie Plancich, if made, is due June 1, 2022. There are no other existing deadlines, due dates, and/or cut-off dates.

2. There are no outstanding motions.

3. Both fact and expert discovery are complete in their entirety.

4. Pursuant to the Case Management Plan, the parties met and conferred about the prospect of settlement shortly after the close of fact discovery. Neither party has made any offer of settlement subsequent to Plaintiff's demand in his Amended Complaint.

5. The parties anticipate a trial of approximately 5-7 days. NYU takes no position as to whether or not this case is to be tried to a jury. Plaintiff has demanded that this case be tried to a jury.

Honorable Gregory H. Woods
May 16, 2022
Page 2

6. As discussed herein, NYU anticipates filing a motion for summary judgment.

7. NYU does not have any other issues it wishes to raise at this time. As outlined in Plaintiff's May 16, 2022 response to NYU's pre-motion conference letter, Plaintiff will be filing a motion to limit the expert testimony of Dr. Stephanie Plancich.

Respectfully submitted,

| **Counsel for Plaintiff:** | **Counsel for Defendant:** |
|---|---|
| /s/*Kimberly C. Lau* | /s/ *Jeffrey P. Metzler* |
| Kimberly C. Lau | Jeffrey P. Metzler |
| James E. Figliozzi | Max A. Winograd |
| Warshaw Burstein, LLP | Melissa Pettit |
| 575 Lexington Avenue, 7th Floor | Pillsbury Winthrop Shaw Pittman LLP |
| New York, NY 10022 | 31 West 52nd Street |
| klau@wbny.com | New York, NY 10019 |
| | jeffrey.metzler@pillsburylaw.com |