

Warshaw Burstein, LLP                                           Kimberly C. Lau
575 Lexington Avenue                                            Partner
New York, NY  10022                                             (212) 984-7709
(212) 984-7700                                                  klau@wbny.com

May 18, 2022

**VIA ECF**
Honorable Gregory H. Woods
United States District Court
Southern District of New York
500 Pearl Street, Room 2260
New York, New York 10007

        **Re:** ***Doe v. New York University*, 1:20-cv-01343-GHW**

Dear Your Honor:

       The undersigned represents Plaintiff John Doe ("Plaintiff") in the above-referenced action. We write to request clarification regarding the court appearance scheduled for May 23, 2022, at 3pm ET. Currently, Docket Entry #77 reflects said court appearance but does not specify whether the appearance will be conducted virtually or in person. Plaintiff has conferred with Defendant and both parties respectfully request to appear in person.

       Your Honor's attention to this matter is greatly appreciated.

                                             Respectfully submitted,

                           **By:** _____
                                **Kimberly C. Lau, Esq.**

cc:    Jeffrey P. Metzler (*via ECF*)
        Max A. Winograd (*via ECF*)
        Melissa Pettit (*via ECF*)

{1478724.1 }                                   1