**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------- X

JOHN DOE,                                                    Case No. 1:20-cv-01343 (GHW)

                Plaintiff,                **NOTICE OF MOTION FOR**
                                                              **SUMMARY JUDGMENT BY**
   vs.                                                **DEFENDANT**

NEW YORK UNIVERSITY,                                         ORAL ARGUMENT REQUESTED

              Defendant.

-------------------------------------------------------------- X

PLEASE TAKE NOTICE that Defendant New York University ("NYU"), by its counsel, Pillsbury Winthrop Shaw Pittman LLP, respectfully moves this Court, pursuant to Federal Rules of Civil Procedure Rule 56, before the Honorable Gregory H. Woods, United States District Court for the Southern District of New York, at Courtroom 12C of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, at a time and date convenient for the Court, for an Order granting summary judgment in favor of NYU. In support of this motion, Defendant submits a Memorandum of Law, Rule 56.1 Statement, and the Declaration of Jeffrey P. Metzler, and the exhibits annexed thereto.

Dated:  June 22, 2022
      New York, New York

                             **PILLSBURY WINTHROP SHAW PITTMAN LLP**

                             By:    /s/ *Jeffrey P. Metzler*
                                     Jeffrey P. Metzler
                                     Max A. Winograd
                                     Melissa S. Pettit
                                     jeffrey.metzler@pillsburylaw.com
                                     max.winograd@pillsburylaw.com
                                     melissa.pettit@pillsburylaw.com
                                     31 W. 52nd St.
                                     New York, NY 10019
                                     (212) 858-1000
                                     *Counsel for Defendant New York University*

1