

Pillsbury Winthrop Shaw Pittman LLP
31 West 52nd Street | New York, NY 10019-6131 | tel 212.858.1000 | fax 212.858.1500

Jeffrey P. Metzler
tel: +1.212.858.1153
jeffrey.metzler@pillsburylaw.com

July 7, 2022

**VIA ECF**

Honorable Gregory H. Woods
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 2260
New York, NY 10007

Re: *John Doe v. New York University*; No. 20-cv-01343 (GHW)
Letter Requesting Leave to Refile Corrected Document

Dear Judge Woods:

I write on behalf of Defendant New York University ("Defendant" or "NYU") in the above-captioned matter pursuant to Rule 4(A)(ii) of Your Honor's Individual Rules of Practice and in connection with NYU's Motion for Summary Judgment ("Motion") (ECF Nos. 85-88) and NYU's Motion to Seal (ECF No. 90), and further to my letter dated June 28, 2022 (the "Letter") (ECF No. 92). The Letter requested that nine previously filed documents (ECF Nos. 88, 88-19, 88-21, 88-24, 88-51, 88-53, 88-66, 88-73, and 88-82) requiring additional redactions be sealed. NYU filed corrected versions of those nine documents contemporaneously. (*See* ECF Nos. 93, 93-1, 93-2, 93-3, 93-4, 93-5, 93-6, 93-7, and 93-8). In the interest of avoiding duplicative filings, NYU hereby amends its June 28, 2022 request and respectfully asks that instead of *sealing* the original documents, the Court direct the Clerk of Court to *remove* ECF Nos. 88, 88-19, 88-21, 88-24, 88-51, 88-53, 88-66, 88-73, and 88-82 from the docket sheet and replace them, respectively, with the corrected versions at ECF Nos. 93, 93-1, 93-2, 93-3, 93-4, 93-5, 93-6, 93-7, and 93-8. Once replaced with the corrected versions, the duplicates of the documents at ECF Nos. 93, 93-1, 93-2, 93-3, 93-4, 93-5, 93-6, 93-7, and 93-8 can be removed from the docket sheet as well.

Honorable Gregory H. Woods
July 7, 2022
Page 2

Similarly, the parties have since identified additional instances in which personally identifiable information is contained in ECF Nos. 86, 88-4 (Ex. 1—Part D), 88-18 (Ex. 11), 88-20 (Ex. 13), 88-28 (Ex. 21), 88-33 (Ex. 26), and 88-40 (Ex. 33). For that reason, NYU respectfully requests the Court to direct the Clerk of Court to remove those documents from the docket sheet and replace them, respectively, with corrected versions of those documents, attached hereto. Once ECF Nos. 86, 88-4, 88-18, 88-20, 88-28, 88-33, and 88-40 are removed from the docket sheet and replaced with the corrected versions, the ECF docket entries for the seven documents attached to this letter will be duplicative and can therefore be removed from the docket sheet as well.

If it would please the Court, the parties are available to discuss these issues via teleconference.

Respectfully,

Jeffrey Metzler
*Counsel for Defendant*
cc:     Kimberly C. Lau and James Figliozzi (via CM/ECF)