# EXHIBIT 1

| | |
|---|---|
| **To:** | Christine Janick[cbj200@nyu.edu] |
| **From:** | Jane Roe |
| **Sent:** | 2018-05-17T18:59:13-04:00 |
| **Importance:** | Normal |
| **Subject:** | Re: Checking In |
| **Received:** | 2018-05-17T18:59:28-04:00 |

Dear Christine,

I'm running a bit behind on work, but hopefully I should be able to catch up. I was just wondering, in regards to the investigation and what John tells the investigators: will they be asking him about our relationship from the beginning like they did with me? Or will it be more focused on the current situation from the past 2-3 months? I feel really anxious about him talking about the assault I experienced back in the fall of my junior year for various reasons. I don't really want to get into the past situation when we were friends / dating, I just wanted to address the harassment piece in this whole investigation. I'm not sure how possible that is given the whole background. Do you know how possible it is to narrow down the discussion?

Best,
Alisha

On Thu, May 17, 2018 at 4:34 PM Christine Janick <cbj200@nyu.edu> wrote:

> Hi Jane,
>
> I am just checking in.....
>
> I hope that your work is going well.
>
> Best,
>
> Christine
>
> --
> Christine Janick, LCSW
> New York University Student Health Center
> 726 Broadway, Suite 471
> New York, NY 10003
> 212.998.4388
> christine.janick@nyu.edu