# EXHIBIT 4

**Spreadsheet filed in native format**