

| | |
|---|---|
| Warshaw Burstein, LLP<br>575 Lexington Avenue<br>New York, NY  10022<br>(212) 984-7700 | Kimberly C. Lau<br>Partner<br>(212) 984-7709<br>klau@wbny.com |

August 2, 2022

**VIA ECF**
Honorable Gregory H. Woods
United States District Court
Southern District of New York
500 Pearl Street, Room 2260
New York, New York 10007

                 Re: *Doe v. New York University*, 1:20-cv-01343-GHW
                     <u>Letter Requesting Leave to Refile Corrected Exhibits</u>

Dear Judge Woods:

       I write on behalf of Plaintiff John Doe ("Plaintiff") in the above-captioned matter pursuant to Pursuant to Rule 4(A)(ii) of Your Honor's Individual Rules of Practice and in connection with Plaintiff's Opposition to Defendant's Motion for Summary Judgment (ECF Nos. 98-100) (the "Opposition") and Plaintiff's Motion to Seal (ECF No. 97).  It has come to our attention that exhibits 1, 9, 11, 15, and 16 filed in connection with the Opposition inadvertently contain four names that require redaction.

       For that reason, Plaintiff respectfully requests the Court to direct the Clerk of the Court to seal ECF Nos. 98-1, 98-9, 98-11, 98-15, and 98-16-19.  Plaintiff is separately filing corrected versions of Exhibits 1, 9, 11, 15, and 16.

                                                   Respectfully submitted,

                                                   **Counsel for Plaintiff:**

                                                   <u> /s/*Kimberly C. Lau*   </u>
                                                   Kimberly C. Lau

cc:       All counsel of record