

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/10/2022
```

| | |
|---|---|
| Warshaw Burstein, LLP<br>575 Lexington Avenue<br>New York, NY  10022<br>(212) 984-7700 | Kimberly C. Lau<br>Partner<br>(212) 984-7709<br>klau@wbny.com |

August 8, 2022

Honorable Gregory H. Woods
United States District Court
Southern District of New York     **MEMORANDUM ENDORSED**
500 Pearl Street, Room 2260
New York, New York 10007

        Re: *Doe v. New York University*, 1:20-cv-01343-GHW
        <u>Letter Requesting Leave to Refile Corrected Exhibits</u>

Dear Judge Woods:

    I write on behalf of Plaintiff John Doe ("Plaintiff") in the above-captioned matter pursuant to Pursuant to Rule 4(A)(ii) of Your Honor's Individual Rules of Practice and in connection with Plaintiff's Opposition to Defendant's Motion for Summary Judgment (ECF Nos. 98-100) (the "Opposition") and Plaintiff's Motion to Seal (ECF No. 97).  It has come to our attention that Exhibits 3, 11, and 16 filed in connection with the Opposition inadvertently contain identifying information that requires redaction.

    Additionally, Plaintiff writes to request that Your Honor direct the Clerk of the Court to seal ECF Nos. 98-17, 98-18, 98-19.  These documents reflect exhibit 16B, 16C, and 16D.  The Court's August 3, 2022 Order granted Plaintiff's Letter Motion for Leave to File Corrected Exhibits, which included a revised Exhibit 16.  (ECF No. 103).  However, only ECF No. 98-16 (exhibit 16A) was sealed.

    For these reasons, Plaintiff respectfully requests the Court to direct the Clerk of the Court to seal ECF Nos. 98-3, 98-17, 98-18, 98-19, and 101-3.  Plaintiff is separately filing a corrected version of Exhibit 3, 11, and 16.

{1501935.1 }

**Honorable Gregory H. Woods**
**August 8, 2022**
**Page 2 of 2**

Respectfully submitted,

**Counsel for Plaintiff:**

/s/*Kimberly C. Lau*
Kimberly C. Lau

cc:   All counsel of record

Application granted. The Clerk of Court is directed to restrict the viewing level to Dkt. Nos. 98-3, 98-17, 98-18, 98-19, and 101-3 to the Court and parties only, and to terminate the motions pending at Dkt. Nos. 105 and 106.

SO ORDERED.

Dated: August 10, 2022
New York, New York

_____
GREGORY H. WOODS
United States District Judge

{1501935.1 }