THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X

JOHN DOE,   Case No. 1:20-cv-01343 (GHW)

          Plaintiff,

-against-

NEW YORK UNIVERSITY,

          Defendant.

------------------------------------------------------------ X

## DECLARATION OF JEFFREY P. METZLER IN FURTHER SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

I, Jeffrey P. Metzler, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am an attorney duly licensed to practice law in the state of New York and admitted to practice in the United States District Court for the Southern District of New York. I am Special Counsel at the law firm Pillsbury Winthrop Shaw Pittman LLP, counsel for Defendant New York University ("NYU") in this action.

2. I respectfully submit this declaration in support of NYU's Reply Memorandum of Law in Support of Defendant's Motion for Summary Judgment.

3. Attached to this Declaration as **Exhibit 85** is a true and correct copy of an excerpt from the deposition transcript of Colleen Maeder, dated February 25, 2022.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

                                                              Jeffrey P. Metzler

Executed on the 11 day of August, 2022.

1