UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X

JOHN DOE,                                                         Case No. 1:20-cv-01343 (GHW)

                   Plaintiff,                 **NOTICE OF MOTION FOR LEAVE TO WITHDRAW AS COUNSEL**

vs.

NEW YORK UNIVERSITY,

                   Defendant.

------------------------------------------------------------ X

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that on the accompanying Declaration of Melissa S. Pettit dated January 13, 2023, I move this Court for an Order granting the withdrawal of my appearance as counsel of record for Defendant New York University ("NYU") and my removal from the Court's electronic filing notification system for this action. Pillsbury Winthrop Shaw Pittman LLP shall remain counsel of record for NYU in this action.

Dated:  January 13, 2023
         New York, New York

                                                **PILLSBURY WINTHROP SHAW PITTMAN LLP**

                                                By:    /s/ *Melissa S. Pettit*
                                                            Jeffrey P. Metzler
                                                            Max A. Winograd
                                                            Melissa S. Pettit
                                                            jeffrey.metzler@pillsburylaw.com
                                                            max.winograd@pillsburylaw.com
                                                            melissa.pettit@pillsburylaw.com
                                                            31 W. 52nd St.
                                                            New York, NY 10019
                                                            (212) 858-1000

                                                   *Counsel for Defendant New York University*

1