

| | |
|---|---|
| Warshaw Burstein, LLP<br>575 Lexington Avenue<br>New York, NY  10022<br>(212) 984-7700 | Kimberly C. Lau<br>Partner<br>(212) 984-7709<br>klau@wbny.com |

January 25, 2023

Honorable Gregory H. Woods
United States District Court
Southern District of New York
500 Pearl Street, Room 2260
New York, New York 10007

**Re: *Doe v. New York University*, 1:20-cv-01343-GHW**
**Letter Requesting Protection From Court Appearances**

Dear Judge Woods:

I am writing on behalf of Plaintiff John Doe ("Plaintiff") to request protection from court appearances for in this matter.  I will be on maternity leave from March 20, 2023 to June 20, 2023. My colleague, James Figliozzi, has vacations scheduled from March 2, 2023 to March 13, 2023 and from June 22, 2023 to July 3, 2023.  For these reasons, Plaintiff respectfully requests that the Court refrain from scheduling any appearances in this matter between March 2, 2023 and March 13, 2023 and between March 20, 2023 and July 3, 2023.  I have conferred with counsel for Defendant New York University, and there is no objection to this request.

Your Honor's attention to this matter is greatly appreciated.

Respectfully submitted,

**Counsel for Plaintiff:**

 /s/*Kimberly C. Lau*
Kimberly C. Lau

cc:   All counsel of record

{1545536.1 }