USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/25/2023



# MEMORANDUM ENDORSED

Warshaw Burstein, LLP  
575 Lexington Avenue  
New York, NY  10022  
(212) 984-7700

Kimberly C. Lau  
Partner  
(212) 984-7709  
klau@wbny.com

January 25, 2023

Honorable Gregory H. Woods  
United States District Court  
Southern District of New York  
500 Pearl Street, Room 2260  
New York, New York 10007

**Re: *Doe v. New York University*, 1:20-cv-01343-GHW**  
**Letter Requesting Protection From Court Appearances**

Dear Judge Woods:

I am writing on behalf of Plaintiff John Doe ("Plaintiff") to request protection from court appearances for in this matter. I will be on maternity leave from March 20, 2023 to June 20, 2023. My colleague, James Figliozzi, has vacations scheduled from March 2, 2023 to March 13, 2023 and from June 22, 2023 to July 3, 2023. For these reasons, Plaintiff respectfully requests that the Court refrain from scheduling any appearances in this matter between March 2, 2023 and March 13, 2023 and between March 20, 2023 and July 3, 2023. I have conferred with counsel for Defendant New York University, and there is no objection to this request.

Your Honor's attention to this matter is greatly appreciated.

Respectfully submitted,

**Counsel for Plaintiff:**

/s/*Kimberly C. Lau*  
Kimberly C. Lau

cc:   All counsel of record

Application denied. The Court declines to commit that it will not schedule a conference in this case during the time period described here for several reasons. First, emergent issues may require prompt attention by the parties. Second, given the dates provided by counsel, there does not appear to be any overlap between the times when counsel will be on maternity leave and the times when her colleague will be on vacation; accordingly, the Court understands that at all times, Plaintiff will have counsel available to represent him should the Court need to schedule a conference in this matter. Third, many of the Court's conferences are, or can be, conducted by telephone rather than in person. Fourth, counsel is at liberty to request a targeted adjournment of any conference that may be scheduled. As a result, the Court declines to commit to holding no conferences in this matter during the time period requested by counsel.

SO ORDERED.

Dated: January 25, 2023  
New York, New York

_____  
GREGORY H. WOODS  
United States District Judge