```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------- X
                                                                  :
JOHN DOE,                                                         :
                                                                  :
                                        Plaintiff,                :      1:20-cv-1343-GHW
                                                                  :
                    -v -                                          :             ORDER
                                                                  :
NEW YORK UNIVERSITY,                                              :
                                                                  :
                                        Defendant.                :
                                                                  :
----------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/16/2023

GREGORY H. WOODS, United States District Judge:

On the docket of this case, Plaintiff's Exhibit 4 is listed as having been "filed in native format." Dkt. No. 98-4; Dkt. No. 100-4. Unfortunately, the Court has been unable to locate this filing. Accordingly, Plaintiff is hereby ordered to send the Plaintiff's Exhibit 4, in native format, to the Court's email at WoodsNYSDChambers@nysd.uscourts.gov. If there were any differences in redactions between what was filed at Dkt. No. 98-4 and what was filed at Dkt. No. 100-4, Plaintiff should email both documents to the Court and indicate which document was tied to which docket entry. If the document was the same at both entries, Plaintiff should indicate that fact. Plaintiff should copy counsel for Defendant on this email.

Plaintiff is ordered to send this/these document(s) no later than February 17, 2023.

SO ORDERED.

Dated: February 16, 2023
       New York, New York

_____
GREGORY H. WOODS
United States District Judge