**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
JOHN DOE,

                Plaintiff,                20 **CIVIL** 1343 (MKV)

       -against-                              **JUDGMENT**

NEW YORK UNIVERSITY.

                Defendant.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated August 17, 2023, Defendant's motion for summary judgment is GRANTED in its entirety; accordingly, the case is closed.

**Dated:**  New York, New York
          August 18, 2023

                                              **RUBY J. KRAJICK**
                                                **Clerk of Court**

                    **BY:**
                                                **Deputy Clerk**