UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| |
|---|
| JOHN DOE, <br><br> Plaintiff, <br><br><br> v. <br><br><br> NEW YORK UNIVERSITY, <br><br> Defendant. |

1:20-cv-01343-MKV

## NOTICE OF APPEARANCE

The undersigned counsel, who is admitted to practice in this Court, hereby gives notice of his appearance on behalf of the Plaintiff, John Doe.

                                                                                                                                   THE PLAINTIFF

By: **/s/ Norman A. Pattis**
Norman A. Pattis
Pattis & Associates, LLC
383 Orange St., Fl. 1
New Haven, CT 06511
Tel: (203) 393-3017
Fax: (203) 393-9745
npattis@pattislaw.com

Dated: September 8, 2023

## **CERTIFICATE OF SERVICE**

  I hereby certify that on September 8, 2023 a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

/s/ Norman A. Pattis
Norman A. Pattis
