## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| |
|---|
| JOHN DOE, |
|     Plaintiff, |
| |
| v. |
| |
| NEW YORK UNIVERSITY, |
|     Defendant. |

1:20-cv-01343-MKV

## **NOTICE OF APPEAL**

The Plaintiff, John Doe, hereby gives notice that he appeals the Court's judgment, entered on Aug. 18, 2023, upon the granting of summary judgment, to the United States Court of Appeals for the Second Circuit.

THE PLAINTIFF

By: /s/ Norman A. Pattis
Norman A. Pattis
Pattis & Associates, LLC
383 Orange St., Fl. 1
New Haven, CT 06511
Tel: (203) 393-3017
Fax: (203) 393-9745
npattis@pattislaw.com

Dated: September 8, 2023

## CERTIFICATE OF SERVICE

I hereby certify that on September 8, 2023 a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

<u>/s/ Norman A. Pattis</u>
Norman A. Pattis