UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x

JOHN DOE,                                                                 Case No. 1:20-cv-01343-GHW

          Plaintiff,

-against-

NEW YORK UNIVERSITY,

          Defendant.

-------------------------------------------------------------------x

**DECLARATION OF KIMBERLY C. LAU IN SUPPORT OF MOTION
FOR LEAVE TO WITHDRAW AS COUNSEL**

I, Kimberly C. Lau, hereby declare as follows pursuant to 28 U.S.C. § 1746:

1.      I am a partner of the law firm of Warshaw Burstein, LLP, attorneys for the Plaintiff John Doe.

2.      Pursuant to Local Civil Rule 1.4, I submit this Declaration in support of my Motion for Leave to Withdraw as Counsel in the above-captioned action.

3.      All the facts set forth in this Declaration are known to me personally, and if called on as witness, I could and would testify competently to these fact.

4.      Plaintiff John Doe has retained Pattis & Smith, LLC as new counsel of record.

5.      No delay in this action will result from the withdrawal of my appearance.

6.      I am not asserting a retaining or charging lien in this matter.

7.      Plaintiff John Doe does not object to my withdrawal as his counsel in this matter, and it will not result in a material adverse effect on his interests.

8.      I respectfully request that the Court enter an order granting leave for me to withdraw as counsel of record.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on this 19th day of September, 2023.

Dated:  New York, New York
September 19, 2023

*/s/  Kimberly C. Lau*_____
Kimberly C. Lau

{1613659.1 }