```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/28/2023
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

JOHN DOE,

                           **Plaintiff,**

v.

NEW YORK UNIVERSITY,

                           **Defendant.**

---

Civil Action No.: 1:20-cv-01343-MKV

**NOTICE OF MOTION FOR**
**LEAVE TO WITHDRAW**
**AS COUNSEL**

**TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:**

      PLEASE TAKE NOTICE that upon the accompanying Declaration of Kimberly C. Lau, dated September 19, 2023, I move this Court for an Order granting the withdrawal of my appearance as counsel of record for plaintiff John Doe ("Plaintiff") and my removal from the Court's electronic filing notification system for this action. Pattis & Smith, LLC shall remain counsel of record for Plaintiff in this action.

**Dated:** New York, New York
           September 19, 2023

                                                   **WARSHAW BURSTEIN, LLP**
                                                   *Attorneys for Plaintiff*

                                                   By: */s/ Kimberly C. Lau*
                                                       Kimberly C. Lau, Esq.
                                                       James E. Figliozzi, Esq.
                                                       575 Lexington Avenue
                                                       New York, New York 10022
                                                       (212) 984-7700
                                                       klau@wbny.com
                                                       jfigliozzi@wbny.com

---

**Granted. SO ORDERED.**

Date: 9/28/2023
New York, New York

*/s/ Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge

{1613657.1 }